# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:24-mj-00008-JCF
## USA v. Gallagher et al
## Honorable J. Clay Fuller

Minute Sheet for proceedings held In Open Court on 05/06/2024.

TIME COURT COMMENCED: 12:05 P.M.
TIME COURT CONCLUDED: 12:30 P.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Gainesville

TAPE NUMBER: FTR
USPO: Taylor Donohue
DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| DEFENDANT(S): | [1]William Gallagher Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing William Gallagher<br>Jennifer Keen representing USA |
| PROCEEDING CATEGORY: | Initial Appearance; |
| MINUTE TEXT: | Rule 5 Initial Appearance held; AFPD Suzanne Hashimi appointed; Deft waived his right to an identity hearing; Bond hearing held; Deft. released on an OR bond with standard and special conditions. Defts shall have 24 hours to remove firearms from their home. |